## In re Estate of Martha Hildebrand, Deceased.

### Gen. No. 10,163.

opinion filed December 5, 1947; released for publication December 29, 1947. John H. Gately, for appellants; Gerald W. Fearer and A. E. Walsh, for appellee. Opinion by JUSTICE BRISTOW. Not to be published in full.